# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

CAPITAL RAIL CONSTRUCTORS,
a Joint Venture,

    Plaintiff,

v.

WESTERN SURETY COMPANY,

    Defendant.

---

WESTERN SURETY COMPANY,

    Third-Party Plaintiff,

v.

MIDASCO, LLC, and IMESAPI, LLC,

    Third-Party Defendants.

---

MIDASCO, LLC,

    Fourth-Party Plaintiff,

v.

CAPITAL RAIL CONSTRUCTORS, a Joint Venture, CLARK CONSTRUCTION GROUP, LLC, and KIEWIT INFRASTRUCTURE SOUTH CO.,

    Fourth-Party Defendants.

Case No. 16-cv-01345 (RWT)

> CAPITAL RAIL CONSTRUCTORS, a Joint Venture,
>
>     Fourth-Party Counterclaim Plaintiff,
>
> v.
>
> MIDASCO, LLC,
>
>     Fourth-Party Counterclaim Defendant.

## (~~PROPOSED~~) ORDER

Pursuant to the agreement between Plaintiff, Capital Rail Constructors, a Joint Venture ("CRC"), and Defendant, Western Surety Company ("Western Surety") reflected in Plaintiff CRC's Consent Motion for Leave to File an Amended Complaint, and finding good cause therefore, it is hereby **ORDERED** that:

1. Plaintiff CRC is hereby granted leave to file an Amended Complaint that was attached to its Consent Motion;

2. The Amended Complaint is deemed to have been filed and served as of the date of this Order, pursuant to Local Rule 103(6)(a); and

3. Defendant Western Surety's response shall be due fourteen (14) days after the date of this Order.

August 11, 2017                                              _____
                                                       UNITED STATES DISTRICT JUDGE