# EXHIBIT 4

Project No: 113263      Exhibit C      Bond No: 929597387

Contract No: 36825

# PAYMENT BOND
## (Subcontract)

KNOW ALL MEN BY THESE PRESENTS, That **MIDASCO, LLC** of **7121 DORSEY RUN ROAD, ELKRIDGE, MD 21075** (hereinafter called the "Principal"), as Principal and Western Surety Company 1954 Greenspring Drive, Suite 450 Timonium, MD 21093 a corporation organized and existing under the laws of the State of South Dakota, (hereinafter called the "Surety"), as Surety, are held and firmly bound unto **CAPITAL RAIL CONSTRUCTORS, A JOINT VENTURE, 7500 OLD GEORGETOWN ROAD, BETHESDA, MARYLAND 20814** (hereinafter called the "Obligee"), in the sum of **TWENTY ONE MILLION SIX HUNDRED FORTY FIVE THOUSAND DOLLARS ($21,645,000.00)**, for the payment of which sum well and truly to be made, the said Principal and Surety bind themselves, and their respective heirs, administrators, executors, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Obligee has been awarded a contract (hereinafter called the "Prime Contract"), by **METROPOLITAN WASHINGTON AIRPORTS AUTHORITY, 1 AVIATION CIRCLE, WASHINGTON, DC 20001** for **DULLES CORRIDOR METRORAIL PROJECT - PHASE 2, DULLES, VA** and;

WHEREAS, the Principal has entered into a written Subcontract with the Obligee, dated **OCTOBER 21, 2014** to perform, as Subcontractor, certain portions of the work in connection with said Prime Contract, consisting of the work described in Exhibit B and elsewhere in the Subcontract, which Subcontract is hereby referred to and made a part hereof.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, that if the Principal shall promptly make payment to all persons supplying labor and material in the prosecution of the work provided for in said Subcontract and any and all modifications of said Subcontract that may hereafter be made, then this obligation shall be null and void; otherwise it shall remain in full force and effect.

The said Surety agrees that no change, extension of time, alteration, addition, omission, or other modification of the terms of either the said Subcontract or the said Prime Contract, or both, or in the said work to be performed, or in the specifications, or in the plans, shall in anywise affect its obligation on this Bond, and it does hereby waive notice of any such changes, extensions of time, alterations, additions, omissions, and other modifications. Furthermore, any increase in the Subcontract amount shall automatically result in a corresponding increase in the penal amount of this Bond without notice to, or consent from, the Surety, such notice and consent hereby being waived. Decreases in the Subcontract amount shall not, however, reduce the penal amount of this Bond unless expressly consented to by Obligee in writing.

The said Principal and the said Surety agree that this Bond shall inure to the benefit of all persons supplying labor and material in the prosecution of the work provided for in said Subcontract, as well as to the Obligee, and that such persons may maintain independent actions upon this Bond in their own names.

IN WITNESS WHEREOF, the above bounden parties have executed this instrument under their several seals this 13th day of November, 20 14, the name and corporate seal of each corporate party being hereto affixed and these presents duly signed by its undersigned representative, pursuant to authority of its governing body.

MIDASCO, LLC
(Principal)

7121 DORSEY RUN ROAD
ELKRIDGE, MD 21075
(Business Address)

Witness: _____
Or Secretary's Attest

By _____ PRESIDENT
(Signature) (Title)

Western Surety Company
(Surety)

1954 Greenspring Drive, Suite 450, Timonium, MD 21093
(Business Address)

Witness: _____
Or Secretary's Attest
Richard A. Montgomery

By Michelle Wilson
(Signature) Michelle L. Wilson  (Title) Attorney-In-Fact

Std PP Rev 8/2009     Page 1 of 2     Contras

Project No: <u>113263</u>         Exhibit C-3        Bond No: <u>929597387</u>
Contract No: <u>36825</u>        CHANGE RIDER

RIDER to be attached to and form a part of the Payment Bond form and Performance Bond, each in the amount of <u>Twenty One Million Six Hundred Forty Five Thousand and 00/100</u> DOLLARS ($21,645,000.00), issued on behalf of <u>Midasco, LLC</u> as Principal, with **Capital Rail Constructors, A Joint Venture** as Obligee.

IT IS HEREBY UNDERSTOOD AND AGREED that the following is hereby added to and becomes a part of the above described Payment Bond form and Performance Bond form:

Add the following sentence to both the Payment Bond form and the Performance Bond form after the second (2nd) sentence in the paragraph beginning with the words "The said Surety agrees . . .": "Notwithstanding anything in the above to the contrary, no such increase in the penal amount of this Bond shall exceed thirty-five percent (35%) of such penal amount without the Surety's prior written consent, which consent by the Surety shall not be unreasonably withheld, conditioned, or delayed."

All other terms and conditions of the bonds are unchanged.

Signed, sealed with our seals and dated this <u>13th</u> day of <u>November</u>, 20<u>14</u>

           Midasco, LLC
           (Principal)        (Seal)

By _____  PRESIDENT
    (Signature)          (Title)

           Western Surety Company
           (Surety)        (Seal)

By _____
(Signature) Michelle L. Wilson     (Title) Attorney-In-Fact

# Western Surety Company

## POWER OF ATTORNEY APPOINTING INDIVIDUAL ATTORNEY-IN-FACT

**Know All Men By These Presents,** That WESTERN SURETY COMPANY, a South Dakota corporation, is a duly organized and existing corporation having its principal office in the City of Sioux Falls, and State of South Dakota, and that it does by virtue of the signature and seal herein affixed hereby make, constitute and appoint

**Mary Ann Marbury, Michael A Walter, Stephanie D Freeman, Dayna M Betz, Kent M Pagoota, Michelle L Wilson, Leeanne K Michaud, Individually**

of Columbia, MD, its true and lawful Attorney(s)-in-Fact with full power and authority hereby conferred to sign, seal and execute for and on its behalf bonds, undertakings and other obligatory instruments of similar nature

### - In Unlimited Amounts -

and to bind it thereby as fully and to the same extent as if such instruments were signed by a duly authorized officer of the corporation and all the acts of said Attorney, pursuant to the authority hereby given, are hereby ratified and confirmed.

This Power of Attorney is made and executed pursuant to and by authority of the By-Law printed on the reverse hereof, duly adopted, as indicated, by the shareholders of the corporation.

**In Witness Whereof**, WESTERN SURETY COMPANY has caused these presents to be signed by its Vice President and its corporate seal to be hereto affixed on this 13th day of June, 2014.

WESTERN SURETY COMPANY

Paul T. Bruflat, Vice President

State of South Dakota } ss
County of Minnehaha

On this 13th day of June, 2014, before me personally came Paul T. Bruflat, to me known, who, being by me duly sworn, did depose and say: that he resides in the City of Sioux Falls, State of South Dakota; that he is the Vice President of WESTERN SURETY COMPANY described in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to the said instrument is such corporate seal; that it was so affixed pursuant to authority given by the Board of Directors of said corporation and that he signed his name thereto pursuant to like authority, and acknowledges same to be the act and deed of said corporation.

My commission expires

June 23, 2015

J. MOHR
NOTARY PUBLIC
SOUTH DAKOTA

J. Mohr, Notary Public

### CERTIFICATE

I, L. Nelson, Assistant Secretary of WESTERN SURETY COMPANY do hereby certify that the Power of Attorney hereinabove set forth is still in force, and further certify that the By-Law of the corporation printed on the reverse hereof is still in force. In testimony whereof I have hereunto subscribed my name and affixed the seal of the said corporation this __13th__ day of __November__, 2014.

WESTERN SURETY COMPANY

L. Nelson, Assistant Secretary

Form F4280-7-2012

**Authorizing By-Law**

## ADOPTED BY THE SHAREHOLDERS OF WESTERN SURETY COMPANY

This Power of Attorney is made and executed pursuant to and by authority of the following By-Law duly adopted by the shareholders of the Company.

Section 7. All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, and Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile.