IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Capital Rail Constructors <br> **Plaintiff,** | * | |
| | * | |
| v. | * | Case No. 8:16-cv-01345 |
| | * | |
| Western Surety Company <br> **Defendant.** | * | |

## MOTION FOR ADMISSION PRO HAC VICE

I, Kathleen A. Mullen, am a member in good standing of the bar of this Court. I am moving the admission of Joseph T. Imperiale to appear pro hac vice in this case as counsel for Midasco, LLC and ImesApI, LLC.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Pennsylvania, 2004 | E.D. Pennsylvania, 2004 |
| New Jersey, 2004 | District of New Jersey, 2005 |
| | U.S. Court of Federal Claims, 2008 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or **Kathleen A. Mullen**,
is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

s/ Kathleen A. Mullen
Signature

**Kathleen A. Mullen**
Printed name and bar number

**Pepper Hamilton LLP**
Office name

100 Market Street, Suite 200, Harrisburg, PA 17108
Address

**mullenk@pepperlaw.com**
Email Address

**717.255.1162**
Telephone number

**717.238.0575**
Fax Number

PROPOSED ADMITTEE

Signature

**Joseph T. Imperiale**
Printed name and bar number

**Pepper Hamilton LLP**
Office name

3000 Two Logan Square, Philadelphia, PA 19103
Address

**imperiaj@pepperlaw.com**
Email Address

**215.981.4124**
Telephone number

**215.981.4750**
Fax Number

## **CERTIFICATE OF SERVICE**

I, Kathleen A. Mullen, hereby certify that on August 21, 2017, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically and therefore served via electronic notice by the Court's CM/ECF system upon the following:

>Robert Dixon Windus
>Moore & Lee LLP
>1751 Pinnacle Drive, Suite 1100
>McLean, VA  22102
>r.windus@mooreandlee.com
>Attorney for Capital Rail Constructors, a Joint Venture

>Patrick M. Pike
>Patrick James Madigan
>Pike and Gilliss LLC
>9475 Deereco Road, Suite 300
>Timonium, MD  21093
>pike@pikegilliss.com
>pmadigan@pikegilliss.com
>Attorneys for Western Surety Company

>/s/ Kathleen A. Mullen
>Kathleen A. Mullen, Esquire
>PEPPER HAMILTON LLP
>100 Market Street, Suite 200
>Harrisburg, PA  17108-1181
>Email:  mullenk@pepperlaw.com
>Telephone:  717.255.1155
>Fax:  717.238.0575