IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Capital Rail Constructors, A Joint Venture | : | Civil Action No.: |
| Plaintiff | : | 16-cv-01345 (RWT) |
| | : | |
| v. | : | |
| | : | |
| Western Surety Company | : | |
| Defendant | : | |
| | : | |
| Western Surety Company | : | |
| Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Midasco, LLC | : | |
| Third-Party Defendant | : | |
| and | : | |
| | : | |
| ImesApi, LLC | : | |
| Third-Party Defendant | : | |
| | : | |
| Midasco, LLC | : | |
| Fourth-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Capital Rail Constructors, A Joint Venture | : | |
| Fourth-Party Defendant | : | |
| | : | |
| Clark Construction Group, LLC | : | |
| Fourth-Party Defendant | : | |
| and | : | |
| | : | |
| Kiewit Infrastructure South Co. | : | |
| Fourth-Party Defendant | : | |
| | : | |
| Capital Rail Constructors, A Joint Venture | : | |
| Fourth-Party Counterclaim Plaintiff | : | |
| | : | |
| v | : | |
| | : | |
| Midasco, LLC | : | |
| Fourth-Party Counterclaim Defendant | : | |

## **ORDER**

AND NOW, this ___ day of _____, 2017, upon consideration of the Motion by Third-Party Defendant/Fourth-Party Plaintiff/Fourth-Party Counterclaim Defendant Midasco, LLC and Third-Party Defendant ImesApi, LLC for Leave to Withdraw Appearance of Raymond L. DeLuca as Counsel, *pro hac vice*, and good cause having been shown, it is hereby

ORDERED that said motion is GRANTED, and Raymond L. DeLuca is hereby withdrawn as counsel of record, *pro hac vice*, for Midasco, LLC and ImesApi, LLC.

IT IS SO ORDERED.

BY THE COURT:

Dated: _____ __, 2017

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Capital Rail Constructors, A Joint Venture | : | Civil Action No.: |
| Plaintiff | : | 16-cv-01345 (RWT) |
| | : | |
| v. | : | |
| | : | |
| Western Surety Company | : | |
| Defendant | : | |
| | : | |
| Western Surety Company | : | |
| Third-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Midasco, LLC | : | |
| Third-Party Defendant | : | |
| and | : | |
| | : | |
| ImesApi, LLC | : | |
| Third-Party Defendant | : | |
| | : | |
| Midasco, LLC | : | |
| Fourth-Party Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| Capital Rail Constructors, A Joint Venture | : | |
| Fourth-Party Defendant | : | |
| | : | |
| Clark Construction Group, LLC | : | |
| Fourth-Party Defendant | : | |
| and | : | |
| | : | |
| Kiewit Infrastructure South Co. | : | |
| Fourth-Party Defendant | : | |
| | : | |
| Capital Rail Constructors, A Joint Venture | : | |
| Fourth-Party Counterclaim Plaintiff | : | |
| | : | |
| v | : | |
| | : | |
| Midasco, LLC | : | |
| Fourth-Party Counterclaim Defendant | : | |

# MOTION BY MIDASCO, LLC AND IMESAPI, LLC FOR LEAVE TO WITHDRAW APPEARANCE OF RAYMOND L. DELUCA AS COUNSEL

Pursuant to Local Rule 101(2)(b)(1), Third-Party Defendant/Fourth-Party Plaintiff/Fourth-Party Counterclaim Defendant Midasco, LLC and Third-Party Defendant ImesApi, LLC (collectively, "Midasco") respectfully move this Honorable Court for leave to withdraw the appearance of Raymond L. DeLuca as counsel for Midasco in the above-captioned action and in support thereof state as follows:

1. Midasco moves this Court for leave to withdraw the appearance of Raymond L. DeLuca as counsel for Midasco.

2. Midasco will continue to be represented by counsel of record in this matter. In particular, Midasco will continue to be represented by Kathleen A. Mullen of the law firm of Pepper Hamilton, LLP, who is a member of the Maryland Bar and admitted to practice before this Court. Further, Midasco will continue to be represented by attorneys Michael Subak, Robert E. Heideck, Joseph T. Imperiale, and Kristopher Berr, also of the law firm of Pepper Hamilton, LLP, who have been admitted to practice before this Court *pro hac vice*.

3. No delay, prejudice or injustice will occur as a result of Mr. DeLuca's withdrawal as counsel for Midasco.

WHEREFORE, Midasco respectfully requests that this Honorable Court grant this Motion and permit leave for Raymond L. DeLuca to withdraw as counsel, *pro hac vice*.

Date:  August 29, 2017

By: _____
Raymond L. DeLuca
Admitted *pro hac vice*
Cozen O'Connor
One Liberty Place,
1650 Market Street, Suite 2800
Philadelphia, PA 19103
P: 215-665-6945
F: 215-701-2003
rdeluca@cozen.com
*Attorney for Midasco, LLC and ImesApi, LLC*

## **CERTIFICATE OF SERVICE**

I, Kristopher Berr, hereby certify that on August 30, 2017, a true and correct copy of the foregoing Motion by Midasco, LLC and ImesApi, LLC for Leave to Withdraw Appearance of Raymond L. DeLuca as Counsel was filed electronically and therefore served via electronic notice by the Court's CM/ECF system upon the following:

>Robert Dixon Windus
>Moore & Lee LLP
>1751 Pinnacle Drive, Suite 1100
>McLean, VA  22102
>r.windus@mooreandlee.com
>Attorney for Capital Rail Constructors, a Joint Venture
>
>Patrick M. Pike
>Patrick James Madigan
>Pike and Gilliss LLC
>9475 Deereco Road, Suite 300
>Timonium, MD  21093
>pike@pikegilliss.com
>pmadigan@pikegilliss.com
>Attorneys for Western Surety Company

Kristopher Berr
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia , PA 19103
T: 215.981.4478
F: 800.481.1987
berrk@pepperlaw.com