IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Capital Rail Constructors, A Joint Venture<br>Plaintiff | : : : | Civil Action No.:<br>16-cv-01345 (RWT) |
| v. | : : | |
| Western Surety Company<br>Defendant | : : : | |
| Western Surety Company<br>Third-Party Plaintiff | : : : | |
| v. | : : | |
| Midasco, LLC<br>Third-Party Defendant<br>and<br>ImesApi, LLC<br>Third-Party Defendant | : : : : : : : | |
| Midasco, LLC<br>Fourth-Party Plaintiff | : : : | |
| v. | : : | |
| Capital Rail Constructors, A Joint Venture<br>Fourth-Party Defendant | : : | |
| Clark Construction Group, LLC<br>Fourth-Party Defendant<br>and<br>Kiewit Infrastructure South Co.<br>Fourth-Party Defendant | : : : : : : : | |
| Capital Rail Constructors, A Joint Venture<br>Fourth-Party Counterclaim Plaintiff | : : : | |
| v | : : | |
| Midasco, LLC<br>Fourth-Party Counterclaim Defendant | : : | |

## ORDER

AND NOW, this 7th day of September, 2017, upon consideration of the Motion by Third-Party Defendant/Fourth-Party Plaintiff/Fourth-Party Counterclaim Defendant Midasco, LLC and Third-Party Defendant ImesApi, LLC for Leave to Withdraw Appearance of Raymond L. DeLuca as Counsel, *pro hac vice*, and good cause having been shown, it is hereby

ORDERED that said motion is GRANTED, and Raymond L. DeLuca is hereby withdrawn as counsel of record, *pro hac vice*, for Midasco, LLC and ImesApi, LLC.

IT IS SO ORDERED.

BY THE COURT:

Dated: 9/7, 2017

_____ J.